# IN THE SUPREME COURT OF THE STATE OF NEVADA

WASTE MANAGEMENT OF NEVADA;
AND KAREN GONZALEZ,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF WASHOE;
AND THE HONORABLE CONNIE J.
STEINHEIMER, DISTRICT JUDGE,
Respondents,
and
WEST TAYLOR STREET, LLC,
Real Party in Interest.

No. 70540

**FILED**

JUL 1 3 2016



## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order granting a motion for partial summary judgment in a declaratory relief and slander of title action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, we are not persuaded by petitioners' explanation as to why an appeal from a final judgment would not afford them an adequate remedy. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

16-21814

cc: Hon. Connie J. Steinheimer, District Judge
    Robison Belaustegui Sharp & Low
    C. Nicholas Pereos, Ltd.
    Washoe District Court Clerk